IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT LEE LEWIS, JR.
ADC # 143494                                                                    PETITIONER

v.                               No. 5:12-cv-258-DPM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction                                                        RESPONDENT

ORDER

The Court has considered Magistrate Judge Volpe's recommendation that Lewis's habeas petition be dismissed, *Document No. 20*, and Lewis's objections, *Document No. 21*. On *de novo* review, the Court agrees that Lewis procedurally defaulted his claims and has not shown cause. Recommendation adopted. FED. R. CIV. P. 72(b)(3). Petition dismissed with prejudice. No certificate of appealability will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2013