IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT LEE LEWIS, JR.
ADC # 143494                                                    PETITIONER

v.                          No. 5:12-cv-258-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                         RESPONDENT

## JUDGMENT

Lewis's petition for a writ of habeas corpus is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 February 2013