# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALBERT LEE LEWIS, JR.**
**ADC # 143494**                                                    **PETITIONER**


v.                              **No. 5:12-cv-258-DPM**


**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                        **RESPONDENT**

## JUDGMENT

Lewis's petition for a writ of habeas corpus is dismissed with prejudice.


_____

D.P. Marshall Jr.
United States District Judge

14 February 2013